# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>        Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-CV-00742-OWW-SMS P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER<br><br>(Docs. 3 and 4) |

       Plaintiff Young Yil Jo ("plaintiff") is a federal prisoner proceeding pro se in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On September 12, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff did not file any objection to the Findings and Recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

       Accordingly, IT IS HEREBY ORDERED that:

       1.     The Findings and Recommendations, filed September 12, 2006, is adopted in full; and

///

2. This action is dismissed, without prejudice, based on plaintiff's failure to obey the Court's order of July 18, 2006.

IT IS SO ORDERED.

**Dated:   November 30, 2006**             /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE